UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ERICA BROWN, | |
| Plaintiff, | CASE NO.: 1:21-CV-00297 |
| v. | |
| | PLAINTIFF DEMANDS TRIAL BY JURY |
| STELLA MARIS OWNERS ASSOCIATION, INC., MARY THERESA HRUSTICH, KELLIE HOSCH, HARRIS VACATION RENTALS, INC., Fictitious Defendants A-Z, the person, firm, corporation and/or entity who designed and/or constructed the condo building made the basis of this suit, Fictitious Defendants A-Z, the person, firm, corporation and/or entity whose negligence and/or wantonness contributed in any way to the incident made the basis of this suit; | |
| Defendants. | |

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, Erica R. Brown, and in accordance with the *Federal Rules of Civil Procedures*, files the following claim for relief against the Defendants, Stella Maris Owners Association, Inc, Mary Theresa Hrustich, Kellie Hosch, Harris Vacation Rentals, Harris Properties Management, Inc., Brian Harris, Fictitious Defendants, A-Z, as follows:

### PARTIES

1. The Plaintiff, Erica R. Brown, is over the age of 19 and is a resident of Caddo Parish, Louisiana.

2. The Defendant, Stella Maris Owners Association, Inc, is a corporation doing business in the State of Alabama who can be served through its registered agent John Oldham at 1449 West Lagoon Avenue, Gulf Shores, AL 36542.

3. The Defendant, Mary Theresa Hrustich, is over the age of 19 and is a resident of Gwinette County, Georgia who can be served at 1205 Oleander Drive SW, Lilburn, GA 30047.

4. The Defendant, Kellie Hosch, is over the age of 19 and is a resident of Cobb County, Georgia who can be served at 393 Chicopee Dr. N.E., Marietta GA 30060.

5. The Defendant, Harris Vacation Rentals, Inc. is a corporation doing business in the State of Alabama who can be served at 1544 W. 2nd Street, Suite 109, Gulf Shores, AL 36532.

6. Jurisdiction and venue of this action are proper in the Southern District of Alabama as it encompasses Baldwin County, Alabama.

7. Fictitious Defendants A-Z are persons, firms, corporations and/or entities within the jurisdiction of this Court as set out in the style of this Complaint, whose true names are unknown to the Plaintiff at this time but will be substituted by amendment when discovered.

## JURISDICTION

8. Plaintiff brings its complaint under federal diversity jurisdiction, 28 U.S.C. § 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.

## VENUE

9. Venue is proper in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the property at issue is situated in this district and a substantial part of the events or omissions giving rise to this claim occurred in this district.

## CONDITIONS PRECEDENT

10. All conditions precedent have been performed or have occurred.

## HISTORY

11. On or about July 4, 2019, the Plaintiff, Erica R. Brown, while a renter, was upon the premises, either owned or under the control of the Defendants, located at 1449 Lagoon Ave. W, Gulf Shores, Baldwin County, Alabama. While on egress open to renters and expected to traversed by said renters, the egress of the building was negligently designed, constructed, installed, maintained and had poor illumination. The illumination of egress for one step change must be lighted for safety. Because of the Defendants' negligence the Plaintiff was caused to fall down on the egress and sustain injuries to her person.

## FIRST CAUSE OF ACTION
## NEGLIGENCE

Plaintiff, Erica R. Brown, alleges against the Defendant, Stella Maris Owners Association, Inc, Mary Theresa Hrustich, Kellie Hosch, Harris Vacation Rentals, Inc., and Fictitious Defendants A-Z, separately and severally as follows:

12. The Plaintiff adopts and re-alleges all prior paragraphs as if fully set out herein. On or about July 4, 2019, the Plaintiff, Erica R. Brown, while a renter, was upon the premises, either owned or under the control of the Defendants, located at 1449 Lagoon Ave. W, Gulf Shores, Baldwin County, Alabama. While on egress open to renters and expected to traversed by said renters, the egress of the building was negligently designed, constructed, installed, maintained and had poor illumination. The illumination of egress for one step change must be lighted for safety. Because

of the Defendants' negligence the Plaintiff was caused to fall down on the egress and sustain injuries to her person.

13. As a proximate result of the negligence of the Defendants, the Plaintiff was caused to suffer the following injuries and damages: the Plaintiff was injured; the Plaintiff was permanently injured; the Plaintiff was caused to suffer pain; the Plaintiff was caused to suffer mental anguish and suffer mental anguish in the future; the Plaintiff was caused to incur and will incur in the future medical bills, hospital bills, physical therapy bills and other medical expenses; the Plaintiff lost wages and will incur lost wages in the future.

## SECOND CAUSE OF ACTION
## WANTONNESS

Plaintiff, Erica R. Brown, alleges against the Defendants, Stella Maris Owners Association, Inc, Mary Theresa Hrustich, Kellie Hosch, Harris Vacation Rentals, Inc., and Fictitious Defendants A-Z, separately and severally as follows:

14. The Plaintiff adopts and re-alleges all prior paragraphs as if fully set out herein. On or about July 4, 2019, the Plaintiff, Erica R. Brown, while a renter, was upon the premises, either owned or under the control of the Defendants, located at 1449 Lagoon Ave. W, Gulf Shores, Baldwin County, Alabama. While on egress open to renters and expected to traversed by said renters, the egress of the building was negligently designed, constructed, installed, maintained and had poor illumination. The illumination of egress for one step change must be lighted for safety. Because of the Defendants' negligence the Plaintiff was caused to fall down on the egress and sustain injuries to her person.

15. As a proximate result of the negligence of the Defendants, the Plaintiff was caused to suffer the following injuries and damages: the Plaintiff was injured; the Plaintiff was permanently injured; the Plaintiff was caused to suffer pain; the Plaintiff was caused to suffer mental anguish and suffer mental anguish in the future; the Plaintiff was caused to incur and will incur in the future medical bills, hospital bills, physical therapy bills and other medical expenses; the Plaintiff lost wages and will incur lost wages in the future.

### THIRD CAUSE OF ACTION
### NEGLIGENCE

Plaintiff, Erica R. Brown, alleges against the Fictitious Defendants A-Z, separately and severally as follows:

16. The Plaintiff adopts and re-alleges all prior paragraphs as if fully set out herein. On or about July 4, 2019, the Plaintiff, Erica R. Brown, while a renter, was upon the premises, either owned or under the control of the Defendants, located at 1449 Lagoon Ave. W, Gulf Shores, Baldwin County, Alabama. While on egress open to renters and expected to traversed by said renters, the egress of the building was negligently designed, constructed, installed, maintained and had poor illumination. The illumination of egress for one step change must be lighted for safety. Because of the Defendants' negligence the Plaintiff was caused to fall down on the egress and sustain injuries to her person.

17. As a proximate result of the negligence of the Defendants, the Plaintiff was caused to suffer the following injuries and damages: the Plaintiff was injured; the Plaintiff was permanently injured; the Plaintiff was caused to suffer pain; the Plaintiff was caused to suffer mental anguish and suffer mental anguish in the future; the Plaintiff

was caused to incur and will incur in the future medical bills, hospital bills, physical therapy bills and other medical expenses; the Plaintiff lost wages and will incur lost wages in the future.

## FOURTH CAUSE OF ACTION
## WANTONNESS

Plaintiff, Erica R. Brown, alleges against the Fictitious Defendants A-Z, separately and severally as follows:

18. The Plaintiff adopts and re-alleges all prior paragraphs as if fully set out herein. On or about July 4, 2019, the Plaintiff, Erica R. Brown, while a renter, was upon the premises, either owned or under the control of the Defendants, located at 1449 Lagoon Ave. W, Gulf Shores, Baldwin County, Alabama. While on egress open to renters and expected to traversed by said renters, the egress of the building was negligently designed, constructed, installed, maintained and had poor illumination. The illumination of egress for one step change must be lighted for safety. Because of the Defendants' negligence the Plaintiff was caused to fall down on the egress and sustain injuries to her person.

19. As a proximate result of the negligence of the Defendants, the Plaintiff was caused to suffer the following injuries and damages: the Plaintiff was injured; the Plaintiff was permanently injured; the Plaintiff was caused to suffer pain; the Plaintiff was caused to suffer mental anguish and suffer mental anguish in the future; the Plaintiff was caused to incur and will incur in the future medical bills, hospital bills, physical therapy bills and other medical expenses; the Plaintiff lost wages and will incur lost wages in the future.

## FIFTH CAUSE OF ACTION
## NEGLIGENCE

20. Plaintiff, Erica R. Brown, alleges against the Defendant, Stella Maris Owners Association, Inc, Mary Theresa Hrustich, Kellie Hosch, Harris Vacation Rentals, Inc., and Fictitious Defendants A-Z, separately and severally committed the acts of negligence in the following non-exclusive particulars:

   a. Maintaining the premises in an unsafe manner;

   b. Failing to ensure Plaintiff were safe to use property for its intended use;

   c. Failing to anticipate and warn of danger;

   d. Failing to adhere to building codes;

   e. Failing to act as a reasonable property owner and/or manager and/or builder and/or designer should have under the circumstances;

   f. Failing to provide adequate lighting;

   g. Failing to see what should have been seen and do what should have been done in order to prevent the accident sued upon herein;

   h. Failing to adequately inspect the property and identify any unsafe condition;

   i. Other negligent acts and/or omissions to be shown at the trial of this action.

## DAMAGES

21. As a result of the accident described herein, Plaintiffs, have incurred the following non-exclusive damages:

   a. Past, present and future physical pain and suffering;

   b. Past, present and future mental and emotional pain and suffering;

   c. Past, present and future medical expenses;

   d. Past, present and future loss of wages and fringe benefits;

  e. Impairment of future earning capacity;

  f. Loss of enjoyment of life;

  g. Permanent disability;

  h. Punitive Damages;

  i. Attorneys' Fees, and

  j. Other elements of damages to be shown at the trial of this matter.

## JURY DEMAND

22. Plaintiffs request a trial by jury.

## PRAYER

**WHEREFORE,** Plaintiff, Erica Brown prays that defendant, Stella Maris Owners Association, Inc, Mary Theresa Hrustich, Kellie Hosch, and Harris Vacation Rentals, Inc. be served with a certified copy of this Complaint for Damages and be duly cited to appear and answer same; that after all due proceedings are had, that there be judgment rendered in favor of Plaintiffs, and against Defendant for all damages that are reasonable in the premises together with legal interest and for all costs of these proceedings; and

Finally, Plaintiff prays for all general and equitable relief to which he may otherwise be entitled.

Respectfully submitted,
**HALES & STRICKNAND**

/s/ Joshua L. Strickland
JOSHUA L. STRICKLAND (STR030)
802 Julia Street
PO Drawer 149
Rayville, Louisiana 71269
josh@haleslawoffice.net
318-728-4413
Fax: 318-728-6773

OF COUNSEL:

HALES & STRICKLAND
P.O. Drawer 149
802 Julia Street
Rayville, LA 71269
Telephone: (318) 728-4413
Facsimile: (318) 728-6773